# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE HAAKMA,<br><br>PLAINTIFFS,<br><br>V.<br><br>JDRC MANAGED SERVICES, LLC; an unknown business entity; JANE DOE; and DOES 2 through 100, inclusive,<br><br>DEFENDANTS. | CASE NO.:  2:22-CV-00667-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING BINDING ARBITRATION** |

Defendant JDRC Managed Services, LLC and Plaintiff Kristine Haakma have filed a Stipulation to Stay Proceedings Pending Binding Arbitration. Pursuant to the stipulation of the Parties, IT IS ORDERED THAT:

1. The Stipulation of the parties to stay this case pending binding arbitration is hereby GRANTED;

2. The matter is stayed pending binding arbitration; and

3. This Court shall retain jurisdiction over this matter pending the parties' full and complete participation in binding arbitration, including the power to confirm any potential arbitration award and to enter any judgment, as necessary.

4.  The parties are directed to file a joint status report not later than sixty (60) days after the date this order is electronically filed and every sixty (60) days thereafter until the stay is lifted.

IT IS SO ORDERED.

Dated: May 24, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE