Narak Mirzaie, Esq. (SBN 311508)
M LAW ATTORNEYS, APC
680 East Colorado Blvd. Suite 180
Pasadena, CA 91101
Tel: (626)626-4422
Fax: (626)626-4420

Attorneys for Plaintiff,
KRISTINE HAAKMA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE HAAKMA,<br><br>           PLAINTIFF(S),<br><br>V.<br><br>JDRC MANAGED SERVICES, LLC; an unknown business entity; JANE DOE; and DOES 2 through 100, inclusive,<br><br>           DEFENDANT(S). | Case No. Case No.: 2:22-CV-00667-MCE-AC<br><br>**NOTICE OF DISMISSAL** |

   Plaintiff KRISTINE HAAKMA, by and through his counsel of record, hereby requests that the Court dismiss the above-entitled matter with prejudice.

Respectfully submitted,

Dated: March 4, 2024

By: /S/Narak Mirzaie/
Narak Mirzaie
Attorneys for Plaintiff
KRISTINE HAAKMA

---

1
NOTICE OF DISMISSAL

## ORDER

Plaintiff's request for dismissal (ECF No. 23) is GRANTED, and the previously filed Request (ECF No. 21) is DENIED as moot. Pursuant to the foregoing, this Court dismisses the entire case with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE